**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Adriane Green, individually and as personal representative of the estate of Adonous Green, Deceased, Respondent,

v.

John Doe, James Cleveland, and James I. Ford, III, aka "Big Ford," Defendants,

Of whom James I. Ford, III, aka "Big Ford" is the Appellant.

Appellate Case No. 2014-002730

Appeal From Berkeley County
Kristi Lea Harrington, Circuit Court Judge

Unpublished Opinion No. 2016-UP-279
Submitted March 1, 2016 – Filed June 8, 2016

**AFFIRMED**

W. Dean Murphy, III, of Charleston, for Appellant.

Samuel K. Allen, of Clore Law Group, LLC, of Charleston, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: *Wilder Corp. v. Wilke*, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) ("It is axiomatic that an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the trial [court] to be preserved for appellate review."); *Herron v. Century BMW*, 395 S.C. 461, 465, 719 S.E.2d 640, 642 (2011) ("Issue preservation rules are designed to give the trial court a fair opportunity to rule on the issues, and thus provide [appellate courts] with a platform for meaningful appellate review." (quoting *Queen's Grant II Horizontal Prop. Regime v. Greenwood Dev. Corp.*, 368 S.C. 342, 373, 628 S.E.2d 902, 919 (Ct. App. 2006))); *Scott v. Porter*, 340 S.C. 158, 169, 530 S.E.2d 389, 394 (Ct. App. 2000) (questioning whether a party's argument that the evidence presented was insufficient to support the damages awarded is preserved where the record on appeal does not include a directed verdict motion); *Chapman v. Upstate RV & Marine*, 364 S.C. 82, 88, 610 S.E.2d 852, 856 (Ct. App. 2005) (finding a party's argument that there was insufficient evidence to support the damages awarded was not preserved where the party filed a directed verdict motion only challenging causation); *Herron,* 395 S.C. at 465, 719 S.E.2d at 642 ("Constitutional arguments are no exception to the preservation rules, and if not raised to the trial court, the issues are deemed waived on appeal.").

**AFFIRMED.**[1]

**HUFF, A.C.J., and SHORT and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.